UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| APRIL MARIE D. | Civil No. 1:20 -cv-00424-AA |
| Plaintiff, | |
| vs., | ORDER TO PAY EAJA FEES |
| COMISSIONER  SOCIAL SECURITY, Defendant. | |

AIKEN,  Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after consideration  of  Defendant's response,  and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412,  EAJA fees in the amount of $11, 455.95 are awarded to Plaintiff in care of her attorney, Nancy J. Meserow,  and any check for EAJA fees  shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to her attorney,  subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $20.00 for postage expenses, so that the total amount awarded equals $11, 475.95. Any check issued for EAJA fees or for expenses shall be sent to Plaintiff in care of her attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.


IT IS SO ORDERED.


Dated this _____30th_____ day of _____January_____, 2023



  /s/Ann Aiken
_____
UNITED STATES DISTRICT JUDGE, ANN AIKEN