IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| APRIL D., | CV# 1:20-CV-00424-AA |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b), is hereby GRANTED, and Plaintiff's counsel is awarded $12,841.50 under 42 U.S.C. § 406(b). Previously, this Court awarded Plaintiff EAJA fees in the amount of $11,455.95, to be paid to Plaintiff's attorney, Ms. Meserow, after the satisfaction of Plaintiff's debts under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). ECF Doc. 22. Therefore, when issuing the 406(b) fee check for payment to Plaintiff's counsel, the Commissioner is directed to subtract the $11,455.95 previously received, and to send Ms. Meserow the remaining balance of $1,385.55, less any applicable processing fee prescribed by law. The § 406(b) check payable to Ms. Meserow should be mailed to Nancy J. Meserow, Law Office of Nancy J. Meserow, 7540 SW 51st Avenue, Portland, OR 97219.

**IT IS SO ORDERED** this ____12th____ day of __September__, 2024.

_____/s/Ann Aiken_____
Ann Aiken,
UNITED STATES DISTRICT JUDGE

ORDER GRANTING 406 (B) FEES, 1:20-cv-00424-AA